## No. 4.

### ANONYMOUS. *Washington*, 1816.

A note, executed in the time of the Stamp Act, and not stamped, cannot be given in evidence to the Jury, without being stamped. The penalty enacting this disability, is saved in the proviso of the law repealing the Stamp Act. Quere de hoc.

After judgment it was discovered that the Stamp Act was not a perpetual Statute.

## No. 5.

### TREASURER OF ST. ALBANS *against* GIBBS. *Franklin*, 1816.

A town record is not evidence to shew the formation of a Society, under the 2d Section of the Act for the support of the Gospel, nor is it competent for the Town Clerk *as such*, to certify the record of the warning, holding, and organization of the same. A Town Treasurer, as such, cannot hold real estate in trust.

## No. 6.

### PHELPS *against* MOTT. *Franklin*, 1816.

IN an action, for money had and received, it is legal evidence for the plaintiff to shew a draft or order given by him to defendant on a third person.